**Benjamin W. WEEMS, Jr., Appellant,**

**v.**

**UNITED STATES of America,
Appellee.**

**No. 14010.**

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 21, 1957.

Decided Nov. 7, 1957.

Mr. John A. Curtiss, Washington, D. C., with whom Mr. Dickson R. Loos, Washington, D. C. (both appointed by this Court) was on the brief, for appellant.

Mr. Fred L. McIntyre, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, Asst. U. S. Atty., were on the brief, for appellee. Mr. E. Tillman Stirling, Asst. U. S. Atty., also entered an appearance for appellee.

Before EDGERTON, Chief Judge, and PRETTYMAN and BURGER, Circuit Judges.

PER CURIAM.

This appeal is from denial of a motion to vacate sentence under 28 U.S.C. § 2255. We find no error affecting substantial rights.

Affirmed.